IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER HULSEY                                                                    PLAINTIFF

v.                          CIVIL NO. 2:25-cv-02120-MEF

FRANK BISIGNANO, Commissioner
Social Security Administration                                                        DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 12th day of January 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE