# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**CHRISTOPHER HULSEY**                                                                      **PLAINTIFF**

**V.**                          **CASE NO. 2:25-CV-2120**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**              **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 10) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** and Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 27th day of January, 2026.

                                                                            /s/ Timothy L. Brooks
                                                                            TIMOTHY L. BROOKS
                                                                            CHIEF UNITED STATES DISTRICT JUDGE